IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CRIMINAL NO. 16-CR-30013-DRH |
| JAMES GARY, and | ) |
| CANDACE WEAKLEY, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISCLOSE GRAND JURY MATERIALS

The United States of America, by and through its attorneys, James L. Porter, Acting United States Attorney for the Southern District of Illinois, and Donald S. Boyce, Assistant United States Attorney for said District, and pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i), hereby requests authorization to disclose Grand Jury documents as part of discovery compliance in the above-referenced case.

In order to complete discovery compliance in this judicial proceeding, the United States is required to submit to the Defendants materials obtained pursuant to grand jury subpoenas.

Wherefore the United States respectfully requests authorization to disclose discovery compliance obtained through grand jury subpoenas.

Respectfully submitted,

JAMES L. PORTER
Acting United States Attorney


s // Donald S. Boyce
DONALD S. BOYCE
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL 62208
Phone: 618-628-3700
E-Mail: Donald.S.Boyce@usdoj.gov

**Certificate of Service**

I hereby certify that on January 22, 2016, I caused to be electronically filed Motion to Disclose Grand Jury Materials and For Protective Order with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the attorneys of record.

Respectfully submitted,

JAMES L. PORTER
Acting United States Attorney


s // Donald S. Boyce
DONALD S. BOYCE
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL 62208
Phone: 618-628-3700
E-Mail: Donald.S.Boyce@usdoj.gov