# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23

IN UNITED STATES: ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF: _____ vs. _____
FOR: _____
AT: _____
LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): **Candace Weakley Weakley**

1. ☐ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: _____
District Court: **16-30013-DRH**
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor
**21:841(a)(1) & (b)(1)(C) / 18:1971(a)(1) + (b)(1)**

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
Name and address of employer: **Foster Dry Cleaners**
IF YES, how much do you earn per month? $ **850**
IF NO, give month and year of last employment — How much did you earn per month $ _____

If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES — RECEIVED $ _____  SOURCES _____

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No   IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE VALUE AND DESCRIBE IT — VALUE $ _____   DESCRIPTION _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: **1**
List persons you actually support and your relationship to them: **12 - Valerie**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | | Total Debt | Monthly Payt. |
|---|---|---|---|
| APARTMENT OR HOME: | rent | $ 400 | $ |
| | Food | $ 100 | $ |
| | cell | $ 50 | $ |
| | | $ | $ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): **C. Weakley**   **2/9/16**

WARNING: A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT OR BOTH