**FINANCIAL AFFIDAVIT**

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☒ OTHER PANEL (Specify below)

IN THE CASE OF: United States v.s. James L. Gary

FOR
AT

**FILED**
JUL 26 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

LOCATION NUMBER

PERSON REPRESENTED (Show your full name): James L. Gary

1. ☐ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: 3:16-CR-30013-DRH
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor
Conspiracy to Distribute Methamphetamine 18 USC 841
Attempt to Obtain Contraband 18 USC Section 1791

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment
How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☒ No  Divorced
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
RECEIVED $ _____   SOURCES _____
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ 15.00 BOP acct

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE _____   DESCRIPTION _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
___ SINGLE
___ MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: Luke J. Gary

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: _____
Creditors: Child Support Arrearage
Total Debt: $16,100.00
Monthly Paymt.: $254.00

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 7-26-2016

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/ James Gary   7-26-2016