**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  **Case No.:** 3:16-CR-30013-DRH |
| | ) |
| **JAMES L. GARY** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

It is the finding of the Court that the defendant is financially unable to obtain counsel, is in need of counsel, and entitled to the appointment of counsel.

**WHEREFORE**, the Court hereby appoints a CJA Panel Attorney for the Southern District of Illinois to represent defendant for all further proceedings.

SO ORDERED.

**DATED:**  July 26, 2016

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON
United States Magistrate Judge**