AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| United States of America<br>v.<br>JAMES L. GARY<br><br>Defendant | )<br>)  Case No.  16-30013-DRH-01<br>)<br>)<br>)<br>) |

*RECEIVED UNITED STATES MARSHAL 2016 JAN 21 PM 3 37 SOUTHERN DIST. E. ST. LOUIS, IL ILLINOIS*

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JAMES L. GARY                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

  Count 1 - 21:846  Conspiracy to Distribute Methamphetamine

  Count 3 - 18:1791(a)(2) and 1791(b)(1)  Attempt to Obtain Contraband in Prison


Date:  01/21/2016                                                     *[signed] Braun, Deputy*
                                                                          *Issuing officer's signature*

City and state:  East St. Louis, IL                           JUSTINE FLANAGAN, Acting Clerk of Court
                                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)*  1-21-16  , and the person was arrested on *(date)*  7/25/2016
at *(city and state)*  Aircraft Belleville IL.

Date:  7/25/2016                                                     *[signed]*
                                                                          *Arresting officer's signature*

                                                                          DUJAC JACKER
                                                                          *Printed name and title*

1625-0122-0484-J