

**U.S. Department of Justice**
**Drug Enforcement Administration**

North Central Laboratory
Chicago, IL

## Chemical Analysis Report

FBI - Springfield (IL) Office  
900 E. Linton Avenue  
Springfield, IL 62703

**Case Number:** 281O-SI-4717393  
**LIMS Number:** 2016-SFL5-06316

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 1B6 | d-Methamphetamine Hydrochloride | 6.5 g ± 0.2 g | 97% ± 4% | 6.3 g ± 0.3 g |

**Remarks:**
The reported net weight was determined by direct weighing of all unit(s); the net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

The purity and amount pure substance uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.  Purity was determined from testing the composite.

### Exhibit Details:

**Date Accepted by Laboratory:** 12/22/2016          **Gross Weight:** 38.9 g

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 1B6 | 1 | Ziplock Plastic Bag | Crystalline | 6.1 g |

**Remarks:**
No Remarks

### Exhibit Analysis:

**Sampling:**

A composite was formed for testing from 1 unit(s) of 1 unit(s) received. d-Methamphetamine HCl was confirmed in the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 1B6 | Capillary Electrophoresis, Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy, Marquis Color Test |

| Exhibit | Purity Test(s) |
|---|---|
| 1B6 | NCL-MEM-GCQ6 / Gas Chromatography |

**Analyzed By:** /S/  Alison P. Kidder-Mostrom, Forensic Chemist       **Date:** 01/23/2017  
**Approved By:** /S/  Amy L. Harman, Supervisory Chemist       **Date:** 01/23/2017

DEA Form 113 August 2013                                                                                                                        Page 1 of 1



**U.S. Department of Justice**
**Drug Enforcement Administration**

North Central Laboratory
Chicago, IL

# Chemical Analysis Report

FBI - Springfield (IL) Office
900 E. Linton Avenue
Springfield, IL 62703

**Case Number:** 281O-SI-4717393
**LIMS Number:** 2016-SFL5-06315

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 1B5 | Methamphetamine Hydrochloride | Residue | ---- | ---- |

**Remarks:**
No Remarks

## Exhibit Details:

**Date Accepted by Laboratory:** 12/22/2016     **Gross Weight:** 34.6 g

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 1B5 | 1 | Ziplock Plastic Bag | Residue | Residue |

**Remarks:**
Unit consists of residue from 13 co-mingled ZPB.

## Exhibit Analysis:

**Sampling:**

A composite was formed for testing from 1 unit(s) of 1 unit(s) received. Methamphetamine HCl was confirmed in the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 1B5 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy, Marquis Color Test |

**Analyzed By:** /S/ Alison P. Kidder-Mostrom, Forensic Chemist     **Date:** 01/23/2017
**Approved By:** /S/ Amy L. Harman, Supervisory Chemist     **Date:** 01/23/2017

DEA Form 113 August 2013

Page 1 of 1