3-FEB-2017

DEAR Your Honor,

I am writing to explain and hopes to get the time needed to retain an attorney. My family has talked to many lawyers and decided on an attorney they feel most comfortable with.

However, he requires a retainer that is quite substantial. My family decided to mortgage their house and have already started this process. The problem is, it takes 30 days to close and recieve money. I see no reason that before my March Court date that I will have an attorney retained and entered in this case.

I am sure he will need time to review and prepare my case once he is retained.

My request today is to allow me until the March court date to retain counsel. And once retained to grant him a continuance to properly review and advise me.

I thank you for you time and consideration in this matter.

Respectfully,

James L. Gary

James L. Gary

US v James L. Gary
Case No: 16-30013-DRH

3 Feb 2017

Dear Clerk of the Court,

    Please forward the enclosed letter to Judge Hurndon. Per our last hearing the Judge told me to write him a letter explaining my current progress concerning an obtained lawyer.
    Thank-you for your time.

Respectfully submitted,

James L Gary
James Gary

US. v James L Gary
Case No: 16-30013-DRH



James L. Gary CCSD
810 Franklin St
Carlyle IL 62231

from Clinton County
Sheriff Department

United States Distric Court
Southern District of Illinois
Attn: Clerk of the Court
750 Missouri Ave
East St. Louis, IL 62201

62201-2955429

SAINT LOUIS MO 630
04 FEB 2017 PM 6 L

MAILCLEARED
US MARSHALS

FOREVER
USA