IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16-30013-DRH |
| | ) |
| | ) |
| JAMES L. GARY, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF INTENT TO WITHDRAW TWO OF THE THREE PRIOR OBJECTIONS TO**
**PRESENTENCE INVESTIGATION REPORT**

COMES NOW the Defendant, James L. Gary, by and through undersigned counsel, and advises the government and the Court that the defendant intends to withdraw two of the three objections previously entered concerning the Presentence Investigation Report (**PSR**) (**Doc. 86**) prepared in the above-styled case. In support of such Notice, the undersigned alleges and states as follows:

1. That defendant originally interposed three objections to the initial draft of the **PSR**. At the time of the filing of these objections undersigned counsel had indicated that he was discussing the matter of two of those objections with the defendant and that those objections likely would not be pursued but that out of an abundance of caution and given the time constraints he was at least notifying the Court, the government and the Probation Office of the possibility sot that all parties could be prepared.

2. The two objections in question were Objection No. 2 (**PSR. P. 7 and 8 ¶ 21 and 32**, Adjusted Offense Level (role in the offense); and Objection No. 3. (**PSR P. 7 ¶ 29 and 30**,

Adjusted Offense Level (cross-reference USSG § 2 P. 1.2 .C (1).

3. That after further discussions with Mr. Gary, those two objections are hereby withdrawn and will NOT be argued at sentencing.

4. That the defendant does intend to pursue its Objection No. 1 filed pertaining to **(PSR P. 6 and 7 ¶ 20 and 29)** offense conduct related to the issue of the purity of the seized substance which caused an increase in the recommended Offense Level by Probation Office as a result of the drugs being determined to be "pure methamphetamine as opposed to a methamphetamine mixture.

Respectfully Submitted,

/s/ F.A. White Jr.
F. A. White, Jr. #22565
7924 N. Cherry St.
Kansas City, Missouri  64118
(816) 454-5300
(816) 455-3443 FAX

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2017 the forgoing was filed in the Court's electronic filing system and a copy electronically served on all parties.

/s/ F.A. White Jr.
F. A. White, Jr.